IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

    Plaintiff,                    No. 2:12-cv-1649 GGH P

    vs.

WARDEN, CALIFORNIA MEN'S
COLONY, et al.,                          ORDER &

    Defendants.              FINDINGS AND RECOMMENDATIONS

/

    Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an in forma pauperis affidavit in which prison officials state that plaintiff has $6,971 currently in his prison trust account and the average monthly balance for the past six months was $7,534.

    Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by an individual who submits an affidavit evidencing an inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Plaintiff has made an inadequate showing of indigency in the affidavit before the court.

1

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. The Clerk shall assign a district judge to this case;

2. Plaintiff's motion for release from custody (Doc. 7) is denied as frivolous.

IT IS HEREBY RECOMMENDED that the request to proceed in forma pauperis be denied, and that plaintiff be compelled to pay the filing fee if he desires to proceed with this action, within twenty-one days if these findings and recommendations are adopted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within seven days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 22, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
over1649.ifp