IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

      Plaintiff,                    No. 2:12-cv-1649 MCE GGH P

      vs.

WARDEN, CALIFORNIA MEN'S COLONY, et al.,          ORDER

      Defendants.

/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 23, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 9) which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 9) filed August 23, 2012, are ADOPTED IN FULL;

2. The request to proceed in forma pauperis (ECF No. 8) is DENIED, and Plaintiff must pay the filing fee if he desires to proceed with this action, within twenty-one days, or this case will be dismissed.

Dated:  October 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE